```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| JORGE QUILAMBAQUI | : |
| | : |
|     Plaintiff, | : |
| | : |
| V. | :   CASE NO. 3:14CV0862 (RNC) |
| | : |
| NOSAL INDUSTRIES, INC., ET AL | : |
| | : |
|     Defendants. | : |

## ORDER

The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to close the file without prejudice to reopening on or before September 6, 2014.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before September 6, 2014.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).  So ordered.

Dated at Hartford, Connecticut this 6th day of August 2014.

                                                         /s/ RNC
                                           Robert N. Chatigny
                                    United States District Judge